UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHELLE BENJAMIN (#366563)

VERSUS                                                 CIVIL ACTION NO.: 08-214-JVP-CN

WARDEN MARIANA LEGER, ET AL

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Noland dated April 30, 2008 (doc. 4). Plaintiff has filed an objection which merely restates legal argument and does not require *de novo* factual findings under 28 U.S.C. § 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's action shall be **DISMISSED**, with prejudice, as frivolous and for failure to state a claim pursuant to 28 U.S.C. § 1915.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, May 21, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA